EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE WILLIS, | : |
|     Plaintiff, | :    C.A. No.: 04-127 (SLR) |
| v. | : |
| BENNIE SMITH FUNERAL HOME, INC., a Delaware corporation, and BENNIE SMITH, an individual, | : |
|     Defendant. | : |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER. ESQUIRE
116 W. Water Street
P.O. Box 598
Dover, Delaware 19903-0598
(302) 678-3262
Attorneys for Defendants

SCHMITTINGER & RODRIGUEZ, P.A.

By: _____
WILLIAM D. FLETCHER, JR., ESQUIRE
414 S. State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-1040
Attorneys for Plaintiff

IT IS SO ORDERED this _____ day of _____, 2005.

_____
THE HONORABLE SUE L. ROBINSON