**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHELLE WILLIS, : | |
| : | C.A. No.: 04-127 (SLR) |
| Plaintiff, : | |
| : | |
| v.   : | |
| : | |
| BENNIE SMITH FUNERAL HOME, INC., : | |
| a Delaware corporation, and BENNIE : | |
| SMITH, an individual, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 8th day of April, A.D. 2005, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, PA
P.O. Box 497
Dover, DE  19903

I hereby certify that on the 8th day of April, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

    PARKOWSKI, GUERKE & SWAYZE, P.A.

By:  /s/ Jeremy W. Homer
      JEREMY W. HOMER, ESQUIRE (I.D. #413)
      116 W. Water Street
      P.O. Box 598
      Dover, DE  19903
      Phone:  (302) 678-3262
      E-Mail:  jhomer@pgsegal.com
      Attorneys for Defendants

h\!Forms\Bennie Smith\COSElectronic.doc